IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLINT and ASHLEY REYNOLDS        §
                                 §
VS.                              §        ACTION NO. 4:16-CV-275-Y
                                 §
HUMANA INSURANCE COMPANY, ET AL. §

ORDER GRANTING MOTION TO COMPEL AND ABATE
AND ADMINISTRATIVELY CLOSING CASE

Pending before the Court are the following motions:

(1) Defendants' Unopposed Motion to Compel Mediation (doc. 8); and

(2) Defendants' Unopposed Motion to Abate.[1]

After review of the motions, the Court concludes that they should be and hereby are GRANTED.

As a result, if they have not already done so, the parties are ORDERED to participate in mediation before Edwin G. Bell in Fort Worth, Texas, at a mutually convenient location, time, and date, but no later than August 31, 2016.  Additionally, this matter is hereby ABATED until sixty days after Plaintiffs provide the written notices required by section 541.154 of the Texas Insurance Code and section 17.505 of the Texas Business and Commerce Code.  As a result of this abatement, this case is hereby ADMINISTRATIVELY CLOSED on the Court's docket.  Plaintiffs may move to reopen the case sixty days after

---

[1]The Court did not receive a paper copy of or an electronic proposed order with these motions.  Counsel are reminded that all motions require an **electronic** proposed order.  *See* N.D. TEX. L. CIV. R. 7.1(c); ECF Admin. Procedures Manual at 3, ¶ II(F).  Counsel are additionally reminded of this Court's requirement that a paper copy of every motion be transmitted to chambers upon electronic filing of the motion.  *See* N.D. TEX. L. CIV. R. 5.1(b); ECF Admin. Procedures Manual at 3, ¶ II(C).  Provision of these items generally expedites the Court's consideration of the motion to which they pertain.  In fact, the Court just learned of the filing of the motions this same day.

ORDER GRANTING MOTION TO COMPEL AND ABATE AND . . . Page 1
TRM/chr

providing the required written notices; any such motion shall be accompanied by a copy of the notices.

SIGNED July 22, 2016.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE