IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CLINT REYNOLDS AND<br>ASHLEY REYNOLDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>HUMANA INSURANCE COMPANY,<br>HUMANA HEALTH PLAN OF TEXAS, INC.,<br>HUMANA HEALTH PLAN AND HUMANA<br><br>    Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO.<br>4:16-cv-00275-Y |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Clint Reynolds and Ashley Reynolds (collectively, "*Reynolds*" or "*Plaintiffs*") and Defendants Humana Insurance Company, Humana Health Plan of Texas, Inc., Humana Health Plan and Humana (collectively "*Humana*" or "*Defendants*") stipulate to the dismissal with prejudice of all the Reynolds' claims and causes of action asserted in this lawsuit, and in support would show that Plaintiffs and Defendants have settled the dispute which was the subject of this litigation.

WHEREFORE, Plaintiffs and Defendants pray that this suit be dismissed with prejudice, and that each party bear its own attorneys' fees and costs of court.

Dated: August __, 2016                                    Respectfully submitted,

/s/ J. Patrick Gallagher
**J. Patrick Gallagher, Esq.**
Texas State Bar No. 07585500
Patrick@hg555.com

HASLAM & GALLAGHER, L.L.P.
555 South Summit Avenue
Fort Worth, Texas 76104
Texarkana, Texas 75504
Telephone:      817-332-3115
Telecopier:     817-332-3148

**ATTORNEY FOR PLAINTIFFS
CLINT REYNOLDS AND ASHLEY REYNOLDS**


/s/ Michael L. Hood
**Michael L. Hood, Esq.**
Texas State Bar No. 09943435
michael.hood@haynesboone.com

HAYNES AND BOONE, LLP
One Victory Park
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

**ATTORNEYS FOR DEFENDANTS
HUMANA INSURANCE COMPANY,
HUMANA HEALTH PLAN OF TEXAS, INC.
AND HUMANA HEALTH PLAN**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all counsel of record in this case in accordance with the Federal Rules of Civil Procedure on this __ day of August, 2016.

**Michael L. Hood, Esq.**
Texas State Bar No. 09943435
michael.hood@haynesboone.com

HAYNES AND BOONE, LLP
One Victory Park
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

**ATTORNEYS FOR DEFENDANT**
**HUMANA INSURANCE COMPANY**
**HUMANA HEALTH PLAN OF TEXAS, INC.**
**HUMANA HEALTH PLAN, INC.**

☐ Certified Mail, RRR
☒ **E-filing**
☐ E-Mail
☐ Facsimile
☒ **First-Class U.S. Mail**
☐ Hand-Delivery
☐ Over-Night Delivery

/s/ Patrick Gallagher
J. Patrick Gallagher, Esq.